**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Davin Lamont SMITH, Defendant— Appellant.**

No. 04–6590.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 30, 2004.

Decided Dec. 21, 2004.

Davin Lamont Smith, Appellant pro se. David J. Cortes, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Davin Lamont Smith appeals the district court's order denying his motion for modification of his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Smith,* No. CR–02–17–F (E.D.N.C. Feb. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*